IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                          No.     CV 16-0882 LH/LAM
                                                  CR 11-1204 LH

**WARREN RIVERA,**

    **Defendant/Movant.**

## ORDER TO SUBMIT PRESENTENCE REPORT

    **THIS MATTER** is before the Court *sua sponte*. In their briefing on Defendant/Movant's § 2255 Motion, the parties rely on and discuss Defendant/Movant's Presentence Report. *See* [*Doc. 1* at 3], [*Doc. 12* at 2], and [*Doc. 15* at 2]. Neither party has filed the Presentence Report in this case, nor have they otherwise submitted it to the undersigned for review. The Court, therefore, will require that **within ten (10) days of entry of this Order** Defendant/Movant, through counsel, either file the Presentence Report and any addenda under seal or e-mail it to lmproposedtext@nmcourt.fed.us.

    **IT IS SO ORDERED**.

                                                     *[signature]*
                                                     **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**